FRANNY A. FORSMAN
Federal Public Defender
State Bar No. 00014
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Counsel for **REGINALD EDWARDS**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REGINALD EDWARDS,<br><br>Defendant. | 2:10-cr-269-PMP-LRL<br><br>**MOTION TO WITHDRAW MOTION TO SUPPRESS FOR FOURTH AMENDMENT VIOLATION** |

COMES NOW the defendant, REGINALD EDWARDS, by and through his counsel of record, Raquel Lazo, Assistant Federal Public Defender, and hereby moves this Court to withdraw the Motion to Suppress for Fourth Amendment Violations that was filed on September 28, 2010. The reason for this withdrawal is that the parties have negotiated this case.

DATED this 22nd day of October, 2010.

FRANNY A. FORSMAN
Federal Public Defender

*/s/ Raquel Lazo*
By_____
RAQUEL LAZO,
Assistant Federal Public Defender

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:     10-26-10

1

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that I am an employee of the Law offices of the Federal Public Defender for the District of Nevada and am a person of such age and discretion as to be competent to serve papers.

That on October 22, 2010, I served an electronic copy of the above and foregoing **MOTION TO WITHDRAW MOTION TO SUPPRESS FOR FOURTH AMENDMENT VIOLATION** by electronic service (ECF) to the persons named below:

DANIEL G. BOGDEN
United States Attorney
DREW SMITH
Assistant United States Attorney
333 Las Vegas Blvd. So., 5th Floor
Las Vegas, Nevada 89101

*/s/ Karen Brokaw*
Karen Brokaw, Senior Legal Secretary to
RAQUEL LAZO,
Assistant Federal Public Defender