FRANNY A. FORSMAN
Federal Public Defender
State Bar No. 00014
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Counsel for **REGINALD EDWARDS**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REGINALD EDWARDS,<br><br>Defendant. | 2:10-cr-269-PMP-LRL<br><br>**UNOPPOSED MOTION TO MODIFY DATES OF TRAVEL** |

COMES NOW, Raquel Lazo, Assistant Federal Public Defender, counsel for REGINALD EDWARDS, and hereby respectfully requests that ruling issued by Magistrate Judge Foley on March 14, 2011, allowing Mr. Edwards' to travel to California to attend his Grandmother's funeral be modified.

This motion is based on the following reasons:

1. A hearing was held on March 14, 2011 regarding defendant's Motion to Modify (# 44).

2. Mr. Edwards was not present at the hearing as he was mistakenly in Judge Pro's courtroom. Mr. Edwards did meet with counsel and his pre-trial services officer immediately following the hearing to discuss the conditions of travel, including providing a number and address of where he will be staying in San Bernardino.

3. The original proposed travel dates have changed. Mr. Edwards' family has scheduled the funeral arrangements for next week. The family had difficulties gathering the family together in order to have the funeral this week, therefore the plans have been delayed.

1

1    4.   Mr. Edwards new proposed travel dates are Sunday, March 20, 2011 to Saturday, March 26, 2011.

2    5.   Neither government counsel or Mr. Edwards' pretrial services officer has any opposition.

DATED this 15th day of March, 2011.

FRANNY A. FORSMAN
Federal Public Defender

*/s/ Raquel Lazo*
By_____
RAQUEL LAZO,
Assistant Federal Public Defender

IT IS SO ORDERED.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

Dated:  March 16, 2011.

2

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that I am an employee of the Law offices of the Federal Public Defender for the District of Nevada and am a person of such age and discretion as to be competent to serve papers.

That on March 15, 2011, I served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO MODIFY DATES OF TRAVEL** by electronic service (ECF) to the persons named below:

>DANIEL G. BOGDEN
>United States Attorney
>DREW SMITH
>Assistant United States Attorney
>333 Las Vegas Blvd. So., 5th Floor
>Las Vegas, Nevada 89101

>*/s/ Karen Brokaw*
>Karen Brokaw, Senior Legal Secretary to
>RAQUEL LAZO,
>Assistant Federal Public Defender