```
            FILED           RECEIVED
            ENTERED         SERVED ON
                     COUNSEL/PARTIES OF RECORD

                  JUN 15 2011

            CLERK US DISTRICT COURT
               DISTRICT OF NEVADA
         BY:                        DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:10-CR-269-PMP (GWF) |
| REGINALD EDWARDS, ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE

On January 31, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant REGINALD EDWARDS to a criminal offense, forfeiting specific property alleged in the Criminal Indictment (#1) and agreed to in the Plea Memorandum (#42) and shown by the United States to have a requisite nexus to the offense to which defendant REGINALD EDWARDS pled guilty. Docket #41.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on February 5, 2011, February 12, 2011, and February 19, 2011, in the Las Vegas Review-Journal/Sun, notifying all known third parties of their right to petition the Court. #43.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

1  This Court finds no petitions are pending with regard to the assets named herein and the time
2  for presenting such petitions has expired.
3  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6  32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
7  2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
8  law:
9      (a) an H&K .45 caliber semi-automatic handgun, serial number #25-036503;
10     (b) a Remington 12 gauge shotgun, serial # M828430V; and
11     (c) any and all ammunition.
12 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
13 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as
14 any income derived as a result of the United States of America's management of any property forfeited
15 herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.
16 The Clerk is hereby directed to send copies of this Order to all counsel of record and three
17 certified copies to the United States Attorney's Office.
18 DATED this _15th_ day of _June_, 2011.

_____
UNITED STATES DISTRICT JUDGE